IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

R.G., Mother of W.F., S.F., I.N., A.N., C.N., I.G. and G.L.G., Minor Children,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D16-3470

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

     Appellee.

_____/

Opinion filed November 10, 2016.

An appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.

Timothy M. Beasley of The Beasley Law Firm, P.L., Pinellas Park, for Appellant.

Matthew C. Wilson, Guardian ad Litem Program, Sanford, for Appellee Guardian ad Litem.

Rebecca Kapusta, General Counsel, and Dwight O. Slater, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.


PER CURIAM.

    AFFIRMED.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.